UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
BILLINGS DIV

2010 AUG 24 PM 1 21

PATRICK E. ...
BY P. Cluff
DEPUTY CLERK

| | |
|---|---|
| JAMES B. COX, | ) |
|     Plaintiff, | ) No. CV-10-69-BLG-CSO |
| vs. | ) JUDGMENT IN A CIVIL CASE |
| GREGORY R. TODD, | ) |
|     Defendant. | ) |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

✗ **Decision by the Court.** This action came before the Court for determination on the record. A decision has been rendered that Defendant's Motion to Dismiss is **GRANTED** and that Plaintiff's Complaint is **DISMISSED** with prejudice.

**IT IS ORDERED AND ADJUDGED.**

DATED this 24th day of August, 2010.

Patrick E. Duffy, Clerk of Court

By Gregory Cluff
Deputy Clerk